

| | |
|---|---|
| Researched and prepared by | Subject Property |
| Kim Hartzell | 136 W Washington Ave |
| | Myerstown, PA |
| Prepared exclusively for | 17067-1033 |
| Theresa Oliver | |



**Kim Hartzell**
RE/MAX Of Lebanon County
1518 Cumberland ST
Lebanon, PA 17042
(717) 270-8808
khartzell@remax.net
www.khartzell.remaxagent.net

Copyright: BRIGHT MLS© 2019 All rights reserved.
This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.



**RE/MAX Of Lebanon County**
1518 Cumberland ST
Ph: (717) 270-8808
office@lebanon-pa-homes.com
lebanon-pa-homes.com

## CMA Price Adjustments

This page outlines the subject property versus comparables properties.

Monday, June 3, 2019





| | Subject Property | Details | Adjust | Details | Adjust |
|---|---|---|---|---|---|
| | 136 W Washington Ave | 13 S Cherry St | | 312 W Main Ave | |
| MLS# | 15-2370102-383182-0000 | PALN107028 | | PALN106992 | |
| Status | Public Record Comparable | Active | | Active | |
| Prop Type | RES | Residential | | Residential | |
| City | Myerstown | Myerstown | | Myerstown | |
| Sch District | Eastern Lebanon Co | Eastern Lebanon County | | Eastern Lebanon County | |
| Subdiv/Neigh | None | Myerstown Borough | | Jackson Township | |
| Ownership | Fee Simple | Fee Simple | | Fee Simple | |
| Style | Traditional | Traditional | | Traditional | |
| Structure Type | SingleBldg | Twin/Semi-Detached | | Twin/Semi-Detached | |
| Year Built | 1911 | 1920 | | 1910 | |
| Taxes/Tax Yr | $2,289.00 | $2,091 / 2018 | | $2,312 / 2018 | |
| Assessed Val | $108,700 | $99,300 | | $109,800 | |
| List Date | 5/12/2015 | 05/20/2019 | | 05/14/2019 | |
| Closed Date | 5/29/2015 | | | | |
| DOM/CDOM | 2/2 | 15/15 | | 21/21 | |
| List Price | $90,000 | $78,000 | | $114,200 | |
| Closed Price | $90,000 | $0 | | $0 | |
| Concessions | 5400 | $0 | | $0 | |
| Abv Grd FinSF | 1494 | 1,556 | | 1,464 | |
| Blw Grd FinSF | 0 | 0 | | 0 | |
| $/SqFt | $60.00 | $50.13 | | $78.01 | |
| Acres | 0.12 | 0.090 | | 0.140 | |
| Beds | 3 | 4 | -1,000 | 3 | |
| Baths | 1/1 | 1 | 0/500 | 1/1 | |
| Bsmnt Type | Full | Full, Unfinished | | Full | |
| Garage Spcs | 2 | 0.00 | | 2.00 | |
| Parking | on street and off street | Gravel Driveway | | | |
| Fireplaces | 0 | 0 | | 0 | |
| Cooling | Wall Unit, Window Unit(s) | Ceiling Fan(s), Window Unit(s) | | Ceiling Fan(s), Window Unit(s) | |
| Heating | Other | Other | | Hot Water | |
| Water | Public | Public | | Public | |
| Sewer | Public | Public Sewer | | Public Septic | |
| Waterfront | N | No | | No | |
| Pool | N | No Pool | | No Pool | |

| | Price | $78,000 | $114,200 |
|---|---|---|---|
| | Total Adjustments | $-500 | $0 |
| | Adjusted Price | $77,500 | $114,200 |

©2019 Bright MLS, Inc. All rights reserved. Information not guaranteed.

Researched and prepared by Kim Hartzell
RE/MAX Of Lebanon County



**RE/MAX Of Lebanon County**
1518 Cumberland ST
Ph: (717) 270-8808
office@lebanon-pa-homes.com
lebanon-pa-homes.com

## CMA Price Adjustments

Monday, June 3, 2019

This page outlines the subject property versus comparables properties.

 

| Subject Property | | Details | Adjust |
|---|---|---|---|
| 136 W Washington Ave | | 29 E Main Ave | |
| MLS# | 15-2370102-383182-0000 | PALN106404 | |
| Status | Public Record Comparable | Closed | |
| Prop Type | RES | Residential | |
| City | Myerstown | Myerstown | |
| Sch District | Eastern Lebanon Co | Eastern Lebanon County | |
| Subdiv/Neigh | None | None Available | |
| Ownership | Fee Simple | Fee Simple | |
| Style | Traditional | Traditional | |
| Structure Type | SingleBldg | Twin/Semi-Detached | |
| Year Built | 1911 | 1900 | |
| Taxes/Tax Yr | $2,289.00 | $2,107 / 2018 | |
| Assessed Val | $108,700 | $98,700 | |
| List Date | 5/12/2015 | 03/01/2019 | |
| Closed Date | 5/29/2015 | 04/12/2019 | |
| DOM/CDOM | 2/2 | 0/0 | |
| List Price | $90,000 | $132,000 | |
| Closed Price | $90,000 | $132,000 | |
| Concessions | 5400 | $2,000 | -2,000 |
| Abv Grd FinSF | 1494 | 1,551 | |
| Blw Grd FinSF | 0 | 0 | |
| $/SqFt | $60.00 | $85.11 | |
| Acres | 0.12 | 0.100 | |
| Beds | 3 | 3 | |
| Baths | 1/1 | 1/1 | |
| Bsmnt Type | Full | Full, Unfinished | |
| Garage Spcs | 2 | 1.00 | |
| Parking | on street and off street | | |
| Fireplaces | 0 | 0 | |
| Cooling | Wall Unit, Window Unit(s) | Window Unit(s) | |
| Heating | Other | Hot Water, Other, Radiant | |
| Water | Public | Public | |
| Sewer | Public | Private Sewer | |
| Waterfront | N | No | |
| Pool | N | No Pool | |

|  |  |
|---|---|
| Price | $132,000 |
| Total Adjustments | $-2,000 |
| Adjusted Price | $130,000 |

Researched and prepared by Kim Hartzell
RE/MAX Of Lebanon County

©2019 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Main Document    Page 3 of 11

RE/MAX Of Lebanon County
1518 Cumberland ST
Ph: (717) 270-8808
office@lebanon-pa-homes.com
lebanon-pa-homes.com



Monday, June 3, 2019

# Summary of Comparable Properties

This page summarizes the comparable properties contained in this market analysis.

### Active Properties

| Address | List Price | Closed Price | Conc Amt | Full Beds | Baths | Half Baths | List Abv Grd Fin SqFt | Pub Recd Bldg SqFt | $/SqFt | List Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 136 W Washington Ave | | | | 3 | 1 | 1 | 1,494 | 1,494 | $60.00 | |
| 13 S Cherry St | $78,000 | | | 4 | 1 | | 1,556 | 1,344 | $50.13 | 05/20/2019 |
| 312 W Main Ave | $114,200 | | | 3 | 1 | 1 | 1,464 | 1,464 | $78.01 | 05/14/2019 |
| Averages: | $96,100 | | | 4 | 1 | 1 | 1,510 | 1,404 | $64.07 | |

### Closed Properties

| Address | List Price | Closed Price | Conc Amt | Full Beds | Baths | Half Baths | List Abv Grd Fin SqFt | Pub Recd Bldg SqFt | $/SqFt | Closed Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 136 W Washington Ave | | | | 3 | 1 | 1 | 1,494 | 1,494 | $60.00 | |
| 29 E Main Ave | $132,000 | $132,000 | $2,000 | 3 | 1 | 1 | 1,551 | 1,551 | $85.11 | 04/12/2019 |
| Averages: | $132,000 | $132,000 | $2,000 | 3 | 1 | 1 | 1,551 | 1,551 | $85.11 | |

Median of Comparable Listings: $114,200
Average of Comparable Listings: $108,067

| | Low | Median | Average | High | Count |
|---|---|---|---|---|---|
| Comparable Price | $78,000 | $114,200 | $108,067 | $132,000 | 3 |
| Adjusted Comparable Price | $77,500 | $114,200 | $107,233 | $130,000 | 3 |
| DOM | 0 | 15 | 12 | 21 | 3 |

©2019 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by Kim Hartzell
RE/MAX Of Lebanon County

RE/MAX Of Lebanon County
1518 Cumberland ST
Ph: (717) 270-8808
office@lebanon-pa-homes.com
lebanon-pa-homes.com



## Comparables Overview
This page summarizes key fields of the listings in this analysis.

Monday, June 3, 2019

**The listings in this analysis can be summarized as follows:**

Listing Price between $78,000 and $132,000

3 to 4 Bedrooms

1 Full Bathroom

1 Half Bathroom

1,464 to 1,556 Square Feet

$50.13 to $85.11 per Square Foot

$85.11 per Sold Square Foot

©2019 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by Kim Hartzell
RE/MAX Of Lebanon County

**RE/MAX Of Lebanon County**
1518 Cumberland ST
Ph: (717) 270-8808
office@lebanon-pa-homes.com
lebanon-pa-homes.com



Monday, June 3, 2019

## Number of Days On Market
This graph illustrates the number of days on market for the listings in this analysis.



©2019 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by Kim Hartzell
RE/MAX Of Lebanon County

**RE/MAX Of Lebanon County**
1518 Cumberland ST
Ph: (717) 270-8608
office@lebanon-pa-homes.com
lebanon-pa-homes.com



Monday, June 3, 2019

## List Price and Closed Price
This graph illustrates the list price, along with closed price in Closed listings.



©2019 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by Kim Hartzell
RE/MAX Of Lebanon County

**RE/MAX Of Lebanon County**
1518 Cumberland ST
Ph: (717) 270-8808
office@lebanon-pa-homes.com
lebanon-pa-homes.com



# Pricing Recommendation

Monday, June 3, 2019

**General Facts About Pricing...**

There are certain factors that are within our control and some factors beyond our control when it comes to setting the price. Those factors within our control are: the appearance of the property, how aggressively we market the property and the price. Factors outside our control are: location of property, size and local amenities. It's important to accept those factors that are beyond our control and focus on the pricing and preparation.

A property priced at market value will attract more buyers than a home priced above market value. Consider that a competitively priced property will also attract a greater number of potential buyers and increase your opportunity for a quick sale.

**Market Statistics...**

| Closed Price Statistics | | Closed Price Per Sq. Ft. Statistics | |
|---|---|---|---|
| Average Price: | $107,200 | Average Price/Sq Ft: | $71 |
| High Price: | $130,000 | High Price/Sq Ft: | $84 |
| Median Price: | $114,200 | Median Price/Sq Ft: | $78 |
| Low Price: | $77,500 | Low Price/Sq Ft: | $50 |

Figures are based on closed price after adjustments, and rounded to the nearest $100.

**Summary...**

Suggested listing price would be between $95,000 - $100,000 due to the current condition of the home.

Both the interior and exterior of home are in need of repairs. Home would be considered in Fair condition.

Home does have a tiled kitchen with new cabinets and dining area is tiled as well. Livingroom has built-ins and hardwood floors. Garage is a 3 story garage in the rear of the yard. Exterior of the home is in need of repair to the porch, eves show rotten wood and chipping paint. Interior of home is in need of updating.

This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.

©2019 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by Kim Hartzell
RE/MAX Of Lebanon County



**RE/MAX Of Lebanon County**
1518 Cumberland ST
Ph: (717) 270-8808
office@lebanon-pa-homes.com
lebanon-pa-homes.com



Monday, June 3, 2019

# The Benefits of Using a Professional REALTOR®

This page outlines the benefits of using a professional REALTOR® to sell your property.

You'll experience a wide variety of benefits when you hire a real estate professional. Successfully selling a property is a complicated exercise, and REALTORS® have the experience, resources and contacts to complete your sale quickly and smoothly.

**Pricing**
A REALTOR® will help you determine the selling price of your property at a level that accurately reflects its value in current market conditions and will not cost you missed opportunities.

**Marketing**
A REALTOR® will have many useful suggestions on ways to improve the marketability of your property, including cosmetic repairs and other items that will create a favorable impression among buyers.

Your property will enjoy a wider exposure among buyers when you use a REALTOR®. In addition to using flyers and organizing open house days, a REALTOR®'s extensive contact list of former clients, newly qualified buyers and other industry professionals can significantly reduce the time your property is on the market.

A REALTOR® will also allow you to tap into a highly productive and extensive industry network, such as a Multiple Listing Service or other industry marketing system.

Advertising your property efficiently is another area where a REALTOR® can play an important role. A REALTOR®'s experience in deciding on the most appropriate type and frequency of advertising for your property can be invaluable. For example, placing too many ads can create the impression that there may be something wrong with the property or that the seller is desperate.

**Security**
Security is a major consideration when showing your home. By using a REALTOR®, you can rest assured that all showings will be pre-screened and supervised.

**Negotiating**
When negotiating a purchase, most buyers prefer to deal with a middleperson who is objective, unemotional and professional. Buyers will often feel more comfortable with a REALTOR® than with the owner when they want to raise issues that need resolving before making an offer.

**Monitoring, Renegotiating, Closing or Settling**
A REALTOR® will guide you through the minefield of potential problems associated with the appraisal, inspection and financing process, including the often complicated escrow instructions. In addition, your agent can meet and instruct any specialists or tradespeople who may be required for repairs or other issues that need to be completed before closing.

©2019 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by Kim Hartzell
RE/MAX Of Lebanon County

RE/MAX Of Lebanon County
1518 Cumberland ST
Ph: (717) 270-8808
office@lebanon-pa-homes.com
lebanon-pa-homes.com



Monday, June 3, 2019

# Steps to a Positive Showing

This page describes the key steps to making for a positive showing of your property.

You only get one opportunity to make a good impression, so you want to make it count. By following these guidelines, you'll enhance the attractiveness of your property and reduce the time it takes to generate serious offers.

### First Impressions
How your property appears from the outside is important. To make a good first impression on a buyer, a clean driveway, a freshly mown lawn or a trimmed hedge will work wonders.

Do a critical inspection of the exterior of your property, paying special attention to the condition of your windows, shutters, screens and gutters. One of the first things a buyer will notice is the need for painting. If your property looks like it needs painting, many buyers will form an unfavorable impression. Elsewhere, little things count. Make sure the front door is spotless, including the doorknob, and that the windows gleam.

### Cleanliness Counts
Once inside your property, one of the key factors that influences its appeal to a buyer is cleanliness. Most important is front hallway, the kitchen and the bathrooms. Do a room-by-room cleaning, and don't forget any out-of-sight areas because that's often where a discriminating buyer will look first.

The state of the carpets can also be a determining factor. At the very least, have your carpets cleaned, and if they are worn, it's wise to replace them, or remove them if there is hardwood underneath.

### Less is More
Clutter makes a poor impression. In closets, cabinets, kitchen countertops and other storage areas like basements, remove anything not needed for daily housekeeping. To make each room in your property look larger, get rid of or donate unnecessary furniture. Walk through your property and think: "Less is more."

### Repairs
Make sure everything is in good working order. Dripping faucets, squeaky steps and loose doorknobs can easily create a bad impression and reduce the value of your property. A few hours spent on repairs, whether by yourself or a tradesman, can pay big dividends when an offer is made.

### Little Things Count
It's easy to improve the appearance of any room. You may want to replace worn rugs or small pillows, put new towels in the bathroom or brighten up a room with a vase of flowers.

### Pull Together
Get all the members of your household to pull together when it comes to getting – and keeping – your property ready to view. By getting everyone into the habit of spending a few minutes tidying up every morning for an afternoon showing, you improve your chances considerably.

©2019 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by Kim Hartzell
RE/MAX Of Lebanon County

RE/MAX Of Lebanon County
1518 Cumberland ST
Ph: (717) 270-8808
office@lebanon-pa-homes.com
lebanon-pa-homes.com



Monday, June 3, 2019

# CMA Map

This page displays the Map for the CMA Subject and your comparables.



| | |
|---|---|
| 1 | 136 W Washington Ave |
| 2 | 13 S Cherry St |
| 3 | 312 W Main Ave |
| 4 | 29 E Main Ave |

©2019 Bright MLS, Inc. All rights reserved. Information not guaranteed.

Researched and prepared by Kim Hartzell
RE/MAX Of Lebanon County