```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 19-02513-HWV
Theresa Elizabeth Oliver                                            Chapter 13
        Debtor                     CERTIFICATE OF NOTICE
District/off: 0314-1           User: REshelman               Page 1 of 1               Date Rcvd: Jul 29, 2019
                               Form ID: ntcnfhrg             Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2019.
```
db            +Theresa Elizabeth Oliver,   136 West Washington Avenue,    Myerstown, PA 17067-1033
5209120       +Cenlar,   7 Graphics Drive,   Trenton, NJ 08628-1547
5209122       +KML Law Group PC,   701 Market Street,    Suite 5000,   Philadelphia, PA 19106-1541
5209123       +Lebanon Federal Credit Union,   300 Schneider Drive,    Lebanon, PA 17046-4877
5209124        Met Ed,   Post Office Box 3687,    Akron, OH 44309-3687
5209125        Michael S. Long,   49 East Queen Street,    Annville, PA 17003
5209127       +Pingora Asset Management,   1819 Wazee Street, Second Floor,    Denver, CO 80202-1782
5209131       +Terry J. Oliver,   136 West Washington Avenue,    Myerstown, PA 17067-1033
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 29 2019 19:57:59
               PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5209121       +E-mail/Text: electronicbkydocs@nelnet.net Jul 29 2019 19:46:50      Dept Of Ed/582/Nelnet,
               Attn: Claims/Bankruptcy,   PO Box 82505,   Lincoln, NE 68501-2505
5209118        E-mail/Text: cio.bncmail@irs.gov Jul 29 2019 19:46:21     Internal Revenue Service,   POB 7346,
               Philadelphia, PA 19101-7346
5209126       +E-mail/Text: Bankruptcies@nragroup.com Jul 29 2019 19:47:16     National Recovery Agency,
               2491 Paxton Street,   Harrisburg, PA 17111-1036
5209119        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 29 2019 19:46:42      PA Department of Revenue,
               Attn: Bankruptcy Division,   Dept 280946,   Harrisburg, PA 17128-0946
5209128       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 29 2019 19:47:10      Progressive,
               c/o Credit Collection Services,   725 Canton Street,   Norwood, MA 02062-2679
5209129       +E-mail/Text: ebn@wfcorp.com Jul 29 2019 19:47:14     Southern New Ha,   c/o Williams and Fudge,
               PO Box 11590,   Rock Hill, SC 29731-1590
5209130       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 29 2019 19:57:59      Synchonry Bank,
               c/o Portfolio Recovery,   120 Corporate Boulevard,   Norfolk, VA 23502-4952
5209822       +E-mail/PDF: gecsedi@recoverycorp.com Jul 29 2019 19:58:12      Synchrony Bank,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5209132        E-mail/Text: bkrcy@ugi.com Jul 29 2019 19:47:06     UGI,   PO Box 13009,   Reading, PA 19612
5217429        E-mail/Text: bkrcy@ugi.com Jul 29 2019 19:47:06     UGI Utilities, Inc.,   P.O. Box 13009,
               Reading, PA 19612
5212964       +E-mail/Text: electronicbkydocs@nelnet.net Jul 29 2019 19:46:50
               US Department of Education c/o Nelnet,   121 South 13th Street, Suite 201,
               Lincoln, NE 68508-1911
5209133       +E-mail/Text: External.Collections@phoenix.edu Jul 29 2019 19:47:07      University of Phoenix,
               1625 West Fountainhead Parkway,   Tempe, AZ 85282-2371
                                                                                              TOTAL: 13

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor 1 Theresa Elizabeth Oliver gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
               .com
              James Warmbrodt    on behalf of Creditor   PINGORA LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Theresa Elizabeth Oliver,
aka Theresa E. Correll, aka Theresa E. Long,

**Debtor 1**

Chapter 13

Case No. 1:19-bk-02513-HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**September 4, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: September 11, 2019<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013-3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty-four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074-1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101-1737<br>(717) 901-2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: REshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: July 29, 2019 |

ntcnfhrg (03/18)