UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: THERESA ELIZABETH OLIVER : CHAPTER 13
        Debtor(s) :
         :
        CHARLES J. DEHART, III :
        STANDING CHAPTER 13 TRUSTEE :
        Movant :
         :
        vs. :
         :
        THERESA ELIZABETH OLIVER :
        Respondent(s) : CASE NO. 1-19-bk-02513

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

    AND NOW, this 25th day of July, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

    1. Debtor(s)' plan violates 11 U.S.C. Sec. 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, debtor's have excess non-exempt equity in the following:

        a. Residential real estate (joint claims)
        b. Automobile (2015 Ford Escape)

    2. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

        a. Insufficient Monthly Net Income as indicated on Schedules I and J.
          (Debtor and spouse are unemployed.)

    3. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

        a. Paystub for month ending September, 2019.

    WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

        a. Deny confirmation of debtor(s) plan.

b.  Dismiss or convert debtor(s) case.
c.  Provide such other relief as is equitable and just.

Respectfully submitted:

Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:      /s/James K. Jones
         Attorney for Trustee

CERTIFICATE OF SERVICE

AND NOW, this   14th   day of August, 2019, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Gary Imblum, Esquire
4615 Derry Street
Harrisburg, PA   17111

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee