United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                           Case No. 19-02513-HWV

Theresa Elizabeth Oliver                                                                                   Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                              User: AutoDocke                                                  Page 1 of 2
Date Rcvd: Feb 04, 2021                       Form ID: trc                                                      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5235796 | + Email/Text: cashiering-administrationservices@flagstar.com | Feb 04 2021 18:46:00 | Pingora Loan Servicing, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2021                                Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Gary J Imblum | on behalf of Debtor 1 Theresa Elizabeth Oliver gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| James Warmbrodt | on behalf of Creditor PINGORA LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor PINGORA LOAN SERVICING LLC bkgroup@kmllawgroup.com |

Rebecca Ann Solarz
　　on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com

United States Trustee
　　ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:19-bk-02513-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Theresa Elizabeth Oliver
136 West Washington Avenue
Myerstown PA 17067

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/03/2021.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: Pingora Loan Servicing, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098 | Freedom Mortgage Corporation<br>10500 Kincaid Dr.<br>Fishers, IN 46037<br>Freedom Mortgage Corporation<br>10500 Kincaid Dr.<br>Fishers, IN 46037 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/06/21

Terrence S. Miller

**CLERK OF THE COURT**