UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: THERESA ELIZABETH OLIVER
THERESA E. LONG, THERESA E. CORRELL

        Debtor(s)        CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant

vs.        CASE NO: 1-19-02513-HWV

THERESA ELIZABETH OLIVER
etal.
        Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on January 5, 2022, Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, through his attorney James K. Jones, Esquire and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:    January 5, 2022        Respectfully submitted,

        /s/    James K. Jones, Esquire
        ID:  39031
        Attorney for Movant
        Jack N. Zaharopoulos
        Standing Chapter 13 Trustee
        8125 Adams Drive, Suite A
        Hummelstown, PA 17036
        Phone:  (717) 566-6097
        email:  jjones@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: THERESA ELIZABETH OLIVER
THERESA E. LONG, THERESA E. CORRELL

                  Debtor(s)            CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
                  Movant

vs.                                                       CASE NO: 1-19-02513-HWV

THERESA ELIZABETH OLIVER
etal.
                  Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

    February 9, 2022 at 09:35 AM
    Bankruptcy Courtroom
    Ronald Reagan Federal Bldg
    3rd Floor, 228 Walnut Street
    Harrisburg, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
   **AMOUNT DELINQUENT AS OF LAST MONTH: $ 300.00**
   **AMOUNT DUE FOR THIS MONTH: $100.00**
   **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $400.00**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

    **If submitting payment by U.S. First Class Mail** mail to:

CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE.**

Dated: January 5, 2022

Respectfully submitted,

/s/ James K. Jones, Esquire
ID: 39031
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
email: jjones@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: THERESA ELIZABETH OLIVER
THERESA E. LONG, THERESA E. CORRELL

        Debtor(s)        CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant

vs.        CASE NO: 1-19-02513-HWV

THERESA ELIZABETH OLIVER
etal.
        Respondent(s)

## **CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on January 5, 2022, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>

GARY J. IMBLUM, ESQUIRE
4615 DERRY STREET
HARRISBURGPA17111-

UNITED STATES TRUSTEE
SUITE 1190
228 WALNUT STREET
HARRISBURG, PA 17101

<u>Served by First Class Mail</u>

THERESA ELIZABETH OLIVER
136 WEST WASHINGTON AVENUE
MYERSTOWN PA 17067

I certify under penalty of perjury that the foregoing is true and correct.

Date: January 5, 2022

        Respectfully Submitted,
        <u>/s/ Liz Joyce</u>
        for Jack N. Zaharopoulos
        Standing Chapter 13 Trustee
        Suite A, 8125 Adams Dr.
        Hummelstown, PA 17036
        Phone: (717) 566-6097

email: info@pamd13trustee.com

Case 1:19-bk-02513-HWV    Doc 60    Filed 01/05/22    Entered 01/05/22 14:46:54    Desc
Page 5 of 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: THERESA ELIZABETH OLIVER
AKA: THERESA E. LONG, THERESA
E. CORRELL

       Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
       Movant

CASE NO: 1-19-02513-HWV

vs.

THERESA ELIZABETH OLIVER
AKA: THERESA E. LONG, THERESA
E. CORRELL

**ORDER DISMSSING CASE**

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.