IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Theresa Elizabeth Oliver aka Theresa E. Correll aka Theresa E. Long<br>    Debtor(s)<br><br>FREEDOM MORTGAGE CORPORATION<br>    Movant<br><br>vs.<br><br>Theresa Elizabeth Oliver aka Theresa E. Correll aka Theresa E. Long<br>    Debtor(s)<br><br>Jack N. Zaharopoulos,<br>    Trustee | BK NO. 19-02513 HWV<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE
## NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on January 20, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Theresa Elizabeth Oliver aka Theresa E. Correll
aka Theresa E. Long
136 West Washington Avenue
Myerstown, PA 17067

Attorney for Debtor(s)
Gary J. Imblum, Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111

Trustee
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: January 20, 2022

/s/Rebecca A. Solarz Esquire
Rebecca A. Solarz Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327
rsolarz@kmllawgroup.com