IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| **Theresa Elizabeth Oliver** | : | CASE NO. 1-19-02513-HWV |
| Theresa E. Long, Theresa E. Correll | : | |
| | : | |
| Debtors | : | CHAPTER 13 |
| | : | |

## DEBTOR'S CONSENT TO VOLUNTARY WAGE ATTACHMENT

I, **Theresa Oliver**, hereby consent to an Attachment of Wages for the purpose of funding my Chapter 13 Plan.

*Theresa Oliver*
Theresa Oliver

DATED: 07 / 22 / 2022