IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | THERESA ELIZABETH OLIVER | : CHAPTER 13 |
| | aka THERESA E. CORRELL | : |
| | aka THERESA E. LONG | : |
| | Debtor | : |
| | | : |
| | JACK N. ZAHAROPOULOS | : |
| | STANDING CHAPTER 13 TRUSTEE | : |
| | Objectant | : |
| | | : |
| | vs. | : CASE NO. 1:19-bk-02513-HWV |
| | | : |
| | GARY J. IMBLUM, ESQUIRE | : OBJECTION TO APPLICATION |
| | Applicant | : FOR ATTORNEY FEES |

<u>ORDER</u>

AND NOW, upon consideration of the Trustee's Objection to Application of
Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses, and all other
matters of record, it is hereby ORDERED AND DECREED that a hearing on the attorney fees
sought in the Sixth Application of Attorney for Chapter 13 Debtor for Compensation and
Reimbursement of Expenses is hereby SCHEDULED AS FOLLOWS: