IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| THERESA ELIZABETH OLIVER | : | CASE NO. 1:19-bk-02513-HWV |
| aka THERESA E. CORRELL | : | |
| aka THERESA E. LONG | : | |
| Debtor | : | CHAPTER 13 |

**ORDER OF COURT**
**PERMITTING SEVENTH APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CHAPTER 13 ADMINISTRATIVE EXPENSES**

Upon consideration of the Seventh Application of Attorney for Chapter 13 Debtor for Interim Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) of Imblum Law Offices, P.C., by Gary J. Imblum, Counsel for the Debtor in the above matter,

IT IS HEREBY ORDERED AND DECREED that compensation and expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) will be allowed for the payment in the sum of $3,515.00 for fees and $63.81 for costs, for a net amount due of $3,578.41 for the time period of September 15, 2022 through August 9, 2023. Said fees shall be subordinated to the claims of secured creditors,

AND IT IS FURTHER ORDERED AND DECREED that in the event the Debtor seeks to amend her confirmed Chapter 13 Plan, Debtor will file amended Schedules I & J with documented proof of income for both the Debtor and any non-filing spouse contribution.