# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

October 2, 2023

<u>**Via ECF Only**</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Theresa Elizabeth Oliver
Chapter 13, Bankruptcy Case No. 1:19-bk-02513 HWV

Dear Clerk:

Please be advised that the address for Theresa Elizabeth Oliver has changed to the following:

2 Bedrock Lane
Annville, PA 17003

The Debtor's <u>previous</u> address was as follows:

136 West Washington Avenue
Myerstown, PA 17067

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/bd

cc: Jack N. Zaharopoulos (Trustee)
Via E-Service