## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  
THERESA ELIZABETH OLIVER    : CHAPTER 13  
a/k/a THERESA E. CORRELL    :  
a/k/a THERESA E. LONG    :  
   : CASE NO. 1:19-bk-02513

### SCHEDULE OF POST-PETITION DEBTS

Original filing date: June 10, 2019  
Date of Conversion:   *

| Creditor | Amount |
|---|---|
| American First Finances<br>PO Box 565848<br>Dallas, TX 75356-5848<br>   Acct No.: 2118 | $Unknown |
| Concora Credit<br>PO Box 23039<br>Columbus, GA 31902-3039<br>   Acct. No.: 9902 | $262.97 |
| CreditOne Bank<br>PO Box 98873<br>Las Vegas, NV 89193<br>   Acct. No.: 7818 | $515.33 |
| Karl L. Keath, Inc.<br>4119 Conrad Weiser Parkway<br>Womelsdorf, PA 19567<br>   Acct No.: 2870 | $1,310.40 |
| Met Ed<br>PO Box 3687<br>Akron, OH 44309-3687<br>   Acct No.: 4830 | $1,007.85 |
| TNT Sanitation, Inc.<br>PO Box 266<br>319 South College Street<br>Myerstown, PA 17067<br>   Acct No.: 4857 | $225.22 |

| | |
|---|---|
| UGI<br>PO Box 13009<br>Reading, PA 19612-3009<br>    Acct No.: 1962 | $1,319.91 |
| WellSpan Good Samaritan Hospital<br>c/o Americollect, Inc.<br>PO Box 1566<br>Manitowoc, WI 54221-1566<br>    Acct No.: 5237 | $2,370.30 |
| WellSpan Good Samaritan Hospital<br>c/o Americollect, Inc.<br>PO Box 1566<br>Manitowoc, WI 54221-1566<br>    Acct No.: 9125 | $825.51 |
| WellSpan Medical Group<br>c/o Americollect, Inc.<br>PO Box 1566<br>Manitowoc, WI 54221-1566<br>    Acct No.: 3136 | $141.15 |
| WellSpan Medical Group<br>c/o Americollect, Inc.<br>PO Box 1566<br>Manitowoc, WI 54221-1566<br>    Acct No.: 5371 | $142.27 |

Dated: 11 / 02 / 2023

*Theresa Oliver*
Theresa Elizabeth Oliver