In re:  Case No. 19-02513-HWV

Theresa Elizabeth Oliver  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Nov 02, 2023 | Form ID: 309A | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

| | |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Theresa Elizabeth Oliver, 2 Bedrock Lane, Annville, PA 17003-1856 |
| aty | + | Brian C Nicholas, KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | James Warmbrodt, 701 Market Street Suite 5000, Philadephia, PA 19106-1541 |
| aty | + | Joseph P Schalk, DOJ-Ust, 1501 N. 6th Street, Box 302, Harrisburg, PA 17102-1104 |
| aty | + | Mario J. Hanyon, Brock & Scott, PLLC, 302 Fellowship Road,, Ste 130, Mount Laurel, NJ 08054-1218 |
| aty | + | Michael Patrick Farrington, KML Law Group, P.C., 701 Market St., Suite 5000, Philadelphia, PA 19106-1541 |
| tr | + | Lawrence V. Young, CGA Law Firm, (Trustee), 135 North George Street, York, PA 17401-1132 |
| ust | + | United States Trustee, US Courthouse, 1501 N. 6th St, Harrisburg, PA 17102-1104 |
| 5209120 | + | Cenlar, 7 Graphics Drive, Trenton, NJ 08628-1547 |
| 5576449 | + | Karl L. Keath, Inc., 4119 Conrad Weiser Parkway, Womelsdorf, PA 19567-9463 |
| 5209123 | + | Lebanon Federal Credit Union, 300 Schneider Drive, Lebanon, PA 17046-4877 |
| 5209125 | | Michael S. Long, 49 East Queen Street, Annville, PA 17003 |
| 5209127 | + | Pingora Asset Management, 1819 Wazee Street, Second Floor, Denver, CO 80202-1781 |
| 5294536 | + | TNT Sanitation, Inc., PO Box 266, 319 College Street, Myerstown, PA 17067-1298 |
| 5576451 | + | TNT Sanitation, Inc., PO Box 266, 319 South College Street, Myerstown, PA 17067-1298 |
| 5209131 | + | Terry J. Oliver, 136 West Washington Avenue, Myerstown, PA 17067-1033 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: gary.imblum@imblumlaw.com | Nov 02 2023 18:44:00 | Gary J Imblum, Imblum Law Offices, P.C., 4615 Derry Street, Harrisburg, PA 17111 |
| cr | + | EDI: RECOVERYCORP.COM | Nov 02 2023 23:05:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5576446 | | Email/PDF: bncnotices@becket-lee.com | Nov 02 2023 18:49:52 | American First Finances, PO Box 565848, Dallas, TX 75356-5848 |
| 5576447 | | EDI: PHINGENESIS | Nov 02 2023 23:05:00 | Concora Credit, PO Box 23039, Columbus, GA 31902-3039 |
| 5576448 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 02 2023 18:49:12 | CreditOne Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5209121 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 02 2023 18:45:00 | Dept Of Ed/582/Nelnet, Attn: Claims/Bankruptcy, PO Box 82505, Lincoln, NE 68501-2505 |
| 5388728 | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 02 2023 18:45:00 | Freedom Mortgage Corporation, 10500 Kincaid Dr., Fishers, IN 46037-9764 |
| 5388729 | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 02 2023 18:45:00 | Freedom Mortgage Corporation, 10500 Kincaid Dr., Fishers, IN 46037, Freedom Mortgage Corporation, 10500 Kincaid Dr., Fishers, IN 46037-9764 |
| 5209118 | | EDI: IRS.COM | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 02 2023 23:05:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5209122 | | ^ MEBN | Nov 02 2023 18:39:37 | KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5231202 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Nov 02 2023 18:45:00 | Met Ed, 101 Crawford's Corner Rd, Bldg #1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 5209124 | | Email/Text: BankruptcyEast@firstenergycorp.com | Nov 02 2023 18:45:00 | Met Ed, Post Office Box 3687, Akron, OH 44309-3687 |
| 5209126 | + | Email/Text: Bankruptcies@nragroup.com | Nov 02 2023 18:45:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5209119 | | EDI: PENNDEPTREV | Nov 02 2023 23:05:00 | PA Department of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5209119 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 02 2023 18:45:00 | PA Department of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5236303 | | EDI: PRA.COM | Nov 02 2023 23:05:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5235796 | + | Email/Text: cashiering-administrationservices@flagstar.com | Nov 02 2023 18:45:00 | Pingora Loan Servicing, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5209128 | + | EDI: CCS.COM | Nov 02 2023 23:05:00 | Progressive, c/o Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2609 |
| 5229121 | | EDI: AISSPRINT | Nov 02 2023 23:05:00 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 5209129 | + | Email/Text: ebn@wfcorp.com | Nov 02 2023 18:45:00 | Southern New Ha, c/o Williams and Fudge, PO Box 11590, Rock Hill, SC 29731-1590 |
| 5209130 | + | EDI: PRA.COM | Nov 02 2023 23:05:00 | Synchonry Bank, c/o Portfolio Recovery, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 5209822 | + | EDI: RMSC.COM | Nov 02 2023 23:05:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5209132 | | Email/Text: bkrcy@ugi.com | Nov 02 2023 18:45:00 | UGI, PO Box 13009, Reading, PA 19612 |
| 5217429 | | Email/Text: bkrcy@ugi.com | Nov 02 2023 18:45:00 | UGI Utilities, Inc., P.O. Box 13009, Reading, PA 19612 |
| 5212964 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 02 2023 18:45:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 5209133 | + | Email/Text: External.Collections@phoenix.edu | Nov 02 2023 18:45:00 | University of Phoenix, 1625 West Fountainhead Parkway, Tempe, AZ 85282-2371 |
| 5576453 | | Email/Text: ebn@americollect.com | Nov 02 2023 18:45:00 | WellSpan Good Samaritan Hospital, c/o Americollect, Inc., PO Box 1566, Manitowoc, WI 54221-1566 |
| 5576455 | | Email/Text: ebn@americollect.com | Nov 02 2023 18:45:00 | WellSpan Medical Group, c/o Americollect, Inc., PO Box 1566, Manitowoc, WI 54221-1566 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5576450 | * | Met Ed, PO Box 3687, Akron, OH 44309-3687 |
| 5576452 | *P++ | UGI UTILITIES INC, ATTN CREDIT & COLLECTIONS, P O BOX 13009, READING PA 19612-3009, address filed with court:, UGI, PO Box 13009, Reading, PA 19612-3009 |

| | | |
|---|---|---|
| 5576454 | * | WellSpan Good Samaritan Hospital, c/o Americollect, Inc., PO Box 1566, Manitowoc, WI 54221-1566 |
| 5576456 | * | WellSpan Medical Group, c/o Americollect, Inc., PO Box 1566, Manitowoc, WI 54221-1566 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2023   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2023 at the address(es) listed below:

**Name** **Email Address**

Brian C Nicholas
on behalf of Creditor PINGORA LOAN SERVICING LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Brian C Nicholas
on behalf of Creditor PRA Receivables Management LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Gary J Imblum
on behalf of Debtor 1 Theresa Elizabeth Oliver gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Jack N Zaharopoulos
TWecf@pamd13trustee.com

James Warmbrodt
on behalf of Creditor PINGORA LOAN SERVICING LLC bkgroup@kmllawgroup.com

Joseph P Schalk
on behalf of Asst. U.S. Trustee United States Trustee joseph.schalk@usdoj.gov ustpregion03.ha.ecf@usdoj.gov

Lawrence V. Young
lyoung@cgalaw.com pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com

Mario J. Hanyon
on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com

Michael Patrick Farrington
on behalf of Creditor FREEDOM MORTGAGE CORPORATION mfarrington@kmllawgroup.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Theresa Elizabeth Oliver<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–9523<br>EIN: __–_____ | |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ | |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed in chapter: | 13  6/10/19 |
| Case number: | 1:19–bk–02513–HWV | Date case converted to chapter: | 7  11/2/23 |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Theresa Elizabeth Oliver | |
| 2. | **All other names used in the last 8 years** | aka Theresa E. Correll, aka Theresa E. Long | |
| 3. | **Address** | 2 Bedrock Lane<br>Annville, PA 17003 | |
| 4. | **Debtor's attorney**<br>Name and address | Gary J Imblum<br>Imblum Law Offices, P.C.<br>4615 Derry Street<br>Harrisburg, PA 17111 | Contact phone 717 238–5250<br>Email: gary.imblum@imblumlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Lawrence V. Young<br>CGA Law Firm<br>(Trustee)<br>135 North George Street<br>York, PA 17401 | Contact phone 717 848–4900<br>Email: lyoung@cgalaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors)  **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

**Receiving Court Issued Orders and Notices by E–Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are <u>FREE</u> and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Sylvia H. Rambo US Courthouse  1501 N. 6th Street  Harrisburg, PA 17102 | Hours open:  Monday – Friday 9:00 AM to 4:00 PM  Contact phone (717) 901–2800  Date: 11/2/23 |
| 7. | **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 29, 2023 at 01:30 PM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  **\*Valid photo identification and proof of social security number are required\*** | Location:  Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 402 683 1766, Click on Join using passcode 7248498808, or call 1–267–552–4740  For additional meeting information go to https://www.justice.gov/ust/moc |
| 8. | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9).  **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline: 1/28/24**  **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**

Case 1:19-bk-02513-HWV    Doc 115    Filed 11/04/23    Entered 11/05/23 00:21:54    Desc Imaged Certificate of Notice    Page 5 of 5