IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| THERESA ELIZABETH OLIVER | : | CASE NO.: 1:19-bk-02513-HWV |
| | : | |
| DEBTOR | : | |

## ORDER SCHEDULING EVIDENTIARY HEARING AND SETTING DISCOVERY DEADLINES

AND NOW, upon consideration of the Motion of the United States Trustee for Review of Professional Fees of Debtor's Counsel, Debtor's Answer thereto, and after consultation with the Court, the United States Trustee and Debtor, through their respective counsel have agreed as follows:

All discovery shall be completed on or before seventy (70) days from the entry of this Order;

The discovery deadline may be extended upon agreement of the parties and approval of the Court; and it is hereby

ORDERED that an evidentiary hearing is hereby scheduled for May 21, 2024 at 1:30 PM in Courtroom 5, 4th Floor, Sylvia H. Rambo U.S. Courthouse, 1501 N. 6th Street, Harrisburg, PA 17012.