United States Bankruptcy Court

Middle District of Pennsylvania

In re:         Case No. 19-02513-HWV

Theresa Elizabeth Oliver         Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3
Date Rcvd: May 06, 2024      Form ID: ntasset      Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Theresa Elizabeth Oliver, 2 Bedrock Lane, Annville, PA 17003-1856 |
| aty | + | Larry Young, CGA Law Firm, 135 North George Street, York, PA 17401-1132 |
| 5209120 | + | Cenlar, 7 Graphics Drive, Trenton, NJ 08628-1547 |
| 5576449 | + | Karl L. Keath, Inc., 4119 Conrad Weiser Parkway, Womelsdorf, PA 19567-9463 |
| 5209123 | + | Lebanon Federal Credit Union, 300 Schneider Drive, Lebanon, PA 17046-4877 |
| 5209125 | | Michael S. Long, 49 East Queen Street, Annville, PA 17003 |
| 5209127 | + | Pingora Asset Management, 1819 Wazee Street, Second Floor, Denver, CO 80202-1781 |
| 5235796 | + | Pingora Loan Servicing, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5294536 | + | TNT Sanitation, Inc., PO Box 266, 319 College Street, Myerstown, PA 17067-1298 |
| 5576451 | + | TNT Sanitation, Inc., PO Box 266, 319 South College Street, Myerstown, PA 17067-1298 |
| 5209131 | + | Terry J. Oliver, 136 West Washington Avenue, Myerstown, PA 17067-1033 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | May 06 2024 22:36:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5606759 | | Email/PDF: bncnotices@becket-lee.com | May 06 2024 18:49:03 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5576446 | | Email/PDF: bncnotices@becket-lee.com | May 06 2024 18:49:03 | American First Finances, PO Box 565848, Dallas, TX 75356-5848 |
| 5576447 | | EDI: PHINGENESIS | May 06 2024 22:36:00 | Concora Credit, PO Box 23039, Columbus, GA 31902-3039 |
| 5576448 | + | Email/PDF: creditonebknotifications@resurgent.com | May 06 2024 18:49:51 | CreditOne Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5209121 | + | Email/Text: electronicbkydocs@nelnet.net | May 06 2024 18:38:00 | Dept Of Ed/582/Nelnet, Attn: Claims/Bankruptcy, PO Box 82505, Lincoln, NE 68501-2505 |
| 5388728 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 06 2024 18:38:00 | Freedom Mortgage Corporation, 10500 Kincaid Dr., Fishers, IN 46037-9764 |
| 5388729 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 06 2024 18:38:00 | Freedom Mortgage Corporation, 10500 Kincaid Dr., Fishers, IN 46037, Freedom Mortgage Corporation, 10500 Kincaid Dr., Fishers, IN 46037-9764 |
| 5209118 | | EDI: IRS.COM | May 06 2024 22:36:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5209122 | ^ | MEBN | May 06 2024 18:33:38 | KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5231202 | + | Email/Text: BankruptcyEast@firstenergycorp.com | | |

| Recip ID | Bypass | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 06 2024 18:38:00 | Met Ed, 101 Crawford's Corner Rd, Bldg #1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 5209124 | | Email/Text: BankruptcyEast@firstenergycorp.com | May 06 2024 18:38:00 | Met Ed, Post Office Box 3687, Akron, OH 44309-3687 |
| 5209126 | + | Email/Text: Bankruptcies@nragroup.com | May 06 2024 18:38:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5209119 | | EDI: PENNDEPTREV | May 06 2024 22:36:00 | PA Department of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5209119 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 06 2024 18:38:00 | PA Department of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5236303 | | EDI: PRA.COM | May 06 2024 22:36:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5235796 | ^ | MEBN | May 06 2024 18:33:29 | Pingora Loan Servicing, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5209128 | + | EDI: CCS.COM | May 06 2024 22:36:00 | Progressive, c/o Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2609 |
| 5229121 | | EDI: AISSPRINT | May 06 2024 22:36:00 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 5209129 | + | Email/Text: ebn@wfcorp.com | May 06 2024 18:38:00 | Southern New Ha, c/o Williams and Fudge, PO Box 11590, Rock Hill, SC 29731-1590 |
| 5209130 | + | EDI: PRA.COM | May 06 2024 22:36:00 | Synchonry Bank, c/o Portfolio Recovery, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 5209822 | + | EDI: PRA.COM | May 06 2024 22:36:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5209132 | | Email/Text: bkrcy@ugi.com | May 06 2024 18:38:00 | UGI, PO Box 13009, Reading, PA 19612 |
| 5217429 | | Email/Text: bkrcy@ugi.com | May 06 2024 18:38:00 | UGI Utilities, Inc., P.O. Box 13009, Reading, PA 19612 |
| 5212964 | + | Email/Text: electronicbkydocs@nelnet.net | May 06 2024 18:38:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 5209133 | + | Email/Text: External.Collections@phoenix.edu | May 06 2024 18:38:00 | University of Phoenix, 1625 West Fountainhead Parkway, Tempe, AZ 85282-2371 |
| 5576453 | | Email/Text: ebn@americollect.com | May 06 2024 18:38:00 | WellSpan Good Samaritan Hospital, c/o Americollect, Inc., PO Box 1566, Manitowoc, WI 54221-1566 |
| 5576455 | | Email/Text: ebn@americollect.com | May 06 2024 18:38:00 | WellSpan Medical Group, c/o Americollect, Inc., PO Box 1566, Manitowoc, WI 54221-1566 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| 5576450 | * | Met Ed, PO Box 3687, Akron, OH 44309-3687 |
| 5576452 | *P++ | UGI UTILITIES INC, ATTN CREDIT & COLLECTIONS, P O BOX 13009, READING PA 19612-3009, address filed with court:, UGI, PO Box 13009, Reading, PA 19612-3009 |
| 5576454 | * | WellSpan Good Samaritan Hospital, c/o Americollect, Inc., PO Box 1566, Manitowoc, WI 54221-1566 |
| 5576456 | * | WellSpan Medical Group, c/o Americollect, Inc., PO Box 1566, Manitowoc, WI 54221-1566 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gary J Imblum | on behalf of Debtor 1 Theresa Elizabeth Oliver gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| James Warmbrodt | on behalf of Creditor PINGORA LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| Joseph P Schalk | on behalf of Asst. U.S. Trustee United States Trustee joseph.schalk@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| Lawrence V. Young | on behalf of Attorney Larry Young lyoung@cgalaw.com rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;rshearer@cgalaw.com |
| Lawrence V. Young | lyoung@cgalaw.com pa33@ecfcbis.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;rshearer@cgalaw.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Michael Patrick Farrington | on behalf of Creditor FREEDOM MORTGAGE CORPORATION mfarrington@kmllawgroup.com |
| Michael Patrick Farrington | on behalf of Creditor PINGORA LOAN SERVICING LLC mfarrington@kmllawgroup.com |
| Michael Patrick Farrington | on behalf of Creditor PRA Receivables Management LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Theresa Elizabeth Oliver, <br> aka Theresa E. Correll, aka Theresa E. Long, | Chapter | 7 |
| **Debtor 1** | Case No. | 1:19−bk−02513−HWV |

Social Security No.:
xxx−xx−9523

Employer's Tax I.D. No.:

## NOTICE OF NEED TO FILE A PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before: **August 6, 2024**

Governmental units must file a proof of claim with the clerk of the bankruptcy court at the address below on or before: **December 9, 2019**

Creditors who do not file a proof of claim on or before this date may not share in any distribution from the debtor's estate.

**A PROOF OF CLAIM FORM can be filed electronically using our proof of claim system (ePOC) found on our web page at: http://www.pamb.uscourts.gov − Filing a Claim (ePOC)**

Alternatively, you may file a claim by regular mail with the court at the address listed below using the proof of claim form found at http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx.

To receive acknowledgment of your filing, you may either enclose a stamped, self−addressed envelope and a copy of your proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim .

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

**Address of the Bankruptcy Clerk's Office:**
Sylvia H. Rambo US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102
(717) 901−2800

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: RyanEshelman, Deputy Clerk

Date: May 6, 2024

ntasset(B204)(03/23)