United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                     Case No. 19-02513-HWV

Theresa Elizabeth Oliver                    Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                           User: AutoDocke                        Page 1 of 3
Date Rcvd: Aug 06, 2024                    Form ID: 318                      Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Theresa Elizabeth Oliver, 2 Bedrock Lane, Annville, PA 17003-1856 |
| aty | + | Larry Young, CGA Law Firm, 135 North George Street, York, PA 17401-1132 |
| 5209120 | + | Cenlar, 7 Graphics Drive, Trenton, NJ 08628-1547 |
| 5576449 | + | Karl L. Keath, Inc., 4119 Conrad Weiser Parkway, Womelsdorf, PA 19567-9463 |
| 5209123 | + | Lebanon Federal Credit Union, 300 Schneider Drive, Lebanon, PA 17046-4877 |
| 5209125 | | Michael S. Long, 49 East Queen Street, Annville, PA 17003 |
| 5209127 | + | Pingora Asset Management, 1819 Wazee Street, Second Floor, Denver, CO 80202-1781 |
| 5294536 | + | TNT Sanitation, Inc., PO Box 266, 319 College Street, Myerstown, PA 17067-1298 |
| 5576451 | + | TNT Sanitation, Inc., PO Box 266, 319 South College Street, Myerstown, PA 17067-1298 |
| 5209131 | + | Terry J. Oliver, 136 West Washington Avenue, Myerstown, PA 17067-1033 |
| 5618215 | + | U.S. Department of Education c/o Nelnett, 121 South 13th Street, Lincoln, NE 68508-1904 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Aug 06 2024 22:36:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5606759 | | Email/PDF: bncnotices@becket-lee.com | Aug 06 2024 18:47:50 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5576446 | | Email/PDF: bncnotices@becket-lee.com | Aug 06 2024 18:47:50 | American First Finances, PO Box 565848, Dallas, TX 75356-5848 |
| 5576447 | | EDI: PHINGENESIS | Aug 06 2024 22:37:00 | Concora Credit, PO Box 23039, Columbus, GA 31902-3039 |
| 5576448 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 06 2024 18:47:50 | CreditOne Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5209121 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 06 2024 18:35:00 | Dept Of Ed/582/Nelnet, Attn: Claims/Bankruptcy, PO Box 82505, Lincoln, NE 68501-2505 |
| 5388728 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 06 2024 18:35:00 | Freedom Mortgage Corporation, 10500 Kincaid Dr., Fishers, IN 46037-9764 |
| 5388729 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 06 2024 18:35:00 | Freedom Mortgage Corporation, 10500 Kincaid Dr., Fishers, IN 46037, Freedom Mortgage Corporation, 10500 Kincaid Dr., Fishers, IN 46037-9764 |
| 5209118 | | EDI: IRS.COM | Aug 06 2024 22:36:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5209122 | ^ | MEBN | Aug 06 2024 18:32:44 | KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5231202 | + | Email/Text: BankruptcyEast@firstenergycorp.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 06 2024 18:35:00 | Met Ed, 101 Crawford's Corner Rd, Bldg #1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 5209124 | | Email/Text: BankruptcyEast@firstenergycorp.com | Aug 06 2024 18:35:00 | Met Ed, Post Office Box 3687, Akron, OH 44309-3687 |
| 5209126 | + | Email/Text: Bankruptcies@nragroup.com | Aug 06 2024 18:35:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5209119 | | EDI: PENNDEPTREV | Aug 06 2024 22:36:00 | PA Department of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5209119 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 06 2024 18:35:00 | PA Department of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5236303 | | EDI: PRA.COM | Aug 06 2024 22:36:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5235796 | ^ | MEBN | Aug 06 2024 18:32:53 | Pingora Loan Servicing, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5209128 | + | EDI: CCS.COM | Aug 06 2024 22:37:00 | Progressive, c/o Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2609 |
| 5616350 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 06 2024 18:47:50 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5229121 | | EDI: AISSPRINT | Aug 06 2024 22:36:00 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 5209129 | + | Email/Text: ebn@wfcorp.com | Aug 06 2024 18:35:00 | Southern New Ha, c/o Williams and Fudge, PO Box 11590, Rock Hill, SC 29731-1590 |
| 5209130 | + | EDI: PRA.COM | Aug 06 2024 22:36:00 | Synchonry Bank, c/o Portfolio Recovery, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 5209822 | ^ | MEBN | Aug 06 2024 18:32:55 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5209132 | | Email/Text: bkrcy@ugi.com | Aug 06 2024 18:35:00 | UGI, PO Box 13009, Reading, PA 19612 |
| 5217429 | | Email/Text: bkrcy@ugi.com | Aug 06 2024 18:35:00 | UGI Utilities, Inc., P.O. Box 13009, Reading, PA 19612 |
| 5212964 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 06 2024 18:35:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 5209133 | + | Email/Text: External.Collections@phoenix.edu | Aug 06 2024 18:35:00 | University of Phoenix, 1625 West Fountainhead Parkway, Tempe, AZ 85282-2371 |
| 5576453 | | Email/Text: ebn@americollect.com | Aug 06 2024 18:35:00 | WellSpan Good Samaritan Hospital, c/o Americollect, Inc., PO Box 1566, Manitowoc, WI 54221-1566 |
| 5576455 | | Email/Text: ebn@americollect.com | Aug 06 2024 18:35:00 | WellSpan Medical Group, c/o Americollect, Inc., PO Box 1566, Manitowoc, WI 54221-1566 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| 5631940 | * | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5576450 | * | Met Ed, PO Box 3687, Akron, OH 44309-3687 |
| 5576452 | *P++ | UGI UTILITIES INC, ATTN CREDIT & COLLECTIONS, P O BOX 13009, READING PA 19612-3009, address filed with court:, UGI, PO Box 13009, Reading, PA 19612-3009 |

| | | |
|---|---|---|
| 5576454 | * | WellSpan Good Samaritan Hospital, c/o Americollect, Inc., PO Box 1566, Manitowoc, WI 54221-1566 |
| 5576456 | * | WellSpan Medical Group, c/o Americollect, Inc., PO Box 1566, Manitowoc, WI 54221-1566 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2024 at the address(es) listed below:

**Name**    **Email Address**

Denise E. Carlon
on behalf of Creditor PRA Receivables Management LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
on behalf of Creditor PINGORA LOAN SERVICING LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com

Gary J Imblum
on behalf of Debtor 1 Theresa Elizabeth Oliver gary.imblum@imblumlaw.com
gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

James Warmbrodt
on behalf of Creditor PINGORA LOAN SERVICING LLC bkgroup@kmllawgroup.com

Joseph P Schalk
on behalf of Asst. U.S. Trustee United States Trustee joseph.schalk@usdoj.gov ustpregion03.ha.ecf@usdoj.gov

Lawrence V. Young
on behalf of Trustee Lawrence V. Young lyoung@cgalaw.com
rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;rshearer@cgalaw.com;jhall@cgalaw.com

Lawrence V. Young
lyoung@cgalaw.com pa33@ecfcbis.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;rshearer@cgalaw.com

Mario J. Hanyon
on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
mario.hanyon@brockandscott.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Theresa Elizabeth Oliver<br>First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–9523<br>EIN __–_____ | |
| Debtor 2:<br>(Spouse, if filing) First Name  Middle Name  Last Name | Social Security number or ITIN ____<br>EIN __–_____ | |
| United States Bankruptcy Court  Middle District of Pennsylvania | | |
| Case number: 1:19–bk–02513–HWV | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Theresa Elizabeth Oliver
aka Theresa E. Correll, aka Theresa E. Long

8/6/24

**By the court:** _(signed)_ Henry W. Van Eck

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

| Official Form 318 | **Order of Discharge** | page 1 |
|---|---|---|

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318        **Order of Discharge**        page 2