UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
Harrisburg DIVISION

In re: THERESA ELIZABETH OLIVER § Case No. 19-02513
§
§
§
Debtor(s)

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 06/10/2019. The case was converted to one under Chapter 7 on 11/02/2023. The undersigned trustee was appointed on 11/02/2023.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of      $      5,500.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 22.24 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $    5,477.76 |

The remaining funds are available for distribution.

_____
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/06/2024 and the deadline for filing governmental claims was 08/06/2024. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,300.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,300.00, for a total compensation of $1,300.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/14/2024                              By: /s/ Lawrence V. Young
                                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

| Case No.: | 19-02513 | Trustee Name: | (580410) Lawrence V. Young |
| --- | --- | --- | --- |
| Case Name: | THERESA ELIZABETH OLIVER | Date Filed (f) or Converted (c): | 11/02/2023 (c) |
| | | § 341(a) Meeting Date: | 11/29/2023 |
| For Period Ending: | 08/14/2024 | Claims Bar Date: | 08/06/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Ref. # Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 136 West Washington Avenue, Myerstown, PA 17067-0000, Lebanon County | 95,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2015 Ford Escape, 59,000 miles | 13,590.00 | 690.00 | | 0.00 | FA |
| 3 | 1999 Ford Mustang GT, 150,000 miles | 2,831.00 | 0.00 | | 0.00 | FA |
| 4 | Furniture, appliances, push mower and tools (Co-owned with Terry J. Oliver, spouse) | 22,300.00 | 50.00 | | 0.00 | FA |
| 5 | Electronics (Co-owned with Terry J. Oliver, spouse) | 5,000.00 | 0.00 | | 0.00 | FA |
| 6 | Flute, (2) guitars, keyboard and drum | 500.00 | 0.00 | | 0.00 | FA |
| 7 | RC cars and accessories (Co-owned with Terry J. Oliver, spouse) | 10,000.00 | 0.00 | | 0.00 | FA |
| 8 | 22 and (2) bows (Co-owned with Terry J. Oliver, spouse) | 600.00 | 0.00 | | 0.00 | FA |
| 9 | Women's clothing | 200.00 | 0.00 | | 0.00 | FA |
| 10 | Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 11 | 2 dogs (Co-owned with Terry J. Oliver, spouse) | 500.00 | 0.00 | | 0.00 | FA |
| 12 | checking: Northwest Savings Bank (Co-owned with Terry J. Oliver, spouse) | 3,000.00 | 0.00 | | 0.00 | FA |
| 13 | savings: Lebanon Federal Credit Union (Co-owned with Michael Long, father) | 25.00 | 25.00 | | 0.00 | FA |
| 14 | Prepayment of rent and security deposit: Walter Herman (Co-owned with Terry J. Oliver, spouse) | 675.00 | 0.00 | | 0.00 | FA |
| 15 | Refund of Fees From Gary Imblum per Stipulation Doc 135 (u) | Unknown | Unknown | | 5,500.00 | FA |
| **15** | **Assets Totals (Excluding unknown values)** | **$154,421.00** | **$765.00** | | **$5,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Gary Imblum has been ordered to pay back fees totaling $5,500.00 in two equal payments of $2,745.00 each. The first payment was received 5/3/24. The second payment was received 6/4/24.

**Initial Projected Date Of Final Report (TFR):** 08/15/2024     **Current Projected Date Of Final Report (TFR):** 08/15/2024

| 08/14/2024 | /s/Lawrence V. Young |
| --- | --- |
| Date | Lawrence V. Young |

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B
Page: 1

| | |  | | |
|---|---|---|---|---|
| Case No.: | 19-02513 | Trustee Name: | Lawrence V. Young (580410) | |
| Case Name: | THERESA ELIZABETH OLIVER | Bank Name: | TriState Capital Bank | |
| Taxpayer ID #: | **-***1201 | Account #: | ******5486 Checking | |
| For Period Ending: | 08/14/2024 | Blanket Bond (per case limit): | $5,519,765.00 | |
| | | Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/03/24 | {15} | Imblum Law offices | Settlement over legal fees | 1290-000 | 2,750.00 | | 2,750.00 |
| 05/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,745.00 |
| 06/04/24 | {15} | Gary Imblum | Refund of Attorney Fees | 1290-000 | 2,750.00 | | 5,495.00 |
| 06/28/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 7.60 | 5,487.40 |
| 07/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 9.64 | 5,477.76 |
| | | **COLUMN TOTALS** | | | 5,500.00 | 22.24 | $5,477.76 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 5,500.00 | 22.24 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $5,500.00 | $22.24 | |

# Form 2
# Cash Receipts And Disbursements Record

Exhibit B
Page: 2

| | |
|---|---|
| **Case No.:** 19-02513 | **Trustee Name:** Lawrence V. Young (580410) |
| **Case Name:** THERESA ELIZABETH OLIVER | **Bank Name:** TriState Capital Bank |
| **Taxpayer ID #:** \*\*-\*\*\*1201 | **Account #:** \*\*\*\*\*\*5486 Checking |
| **For Period Ending:** 08/14/2024 | **Blanket Bond (per case limit):** $5,519,765.00 |
| | **Separate Bond (if applicable):** N/A |

| | |
|---|---|
| Net Receipts: | $5,500.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $5,500.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| \*\*\*\*\*\*5486 Checking | $5,500.00 | $22.24 | $5,477.76 |
| | **$5,500.00** | **$22.24** | **$5,477.76** |

08/14/2024
Date

/s/Lawrence V. Young
Lawrence V. Young

# Exhibit C

## Claims Register

**Case: 19-02513 THERESA ELIZABETH OLIVER**

**Claims Bar Date:** 8/6/24 12:00

| Claim # | Claimant Name | Claim Type | Acct# | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| FEE | Lawrence V. Young<br>135 North George Street<br>York, PA 17401 | Admin Ch. 7 | | $ 1,300.00 | $0.00 | $1,300.00 |
| 1 | US Department of Education c/o Nelnet<br>121 South 13th Street, Suite 201<br>Lincoln, NE 68508 | Unsecured | | $ 49,172.58 | $0.00 | $49,172.58 |
| 2-2 | UGI Utilities, Inc.<br>P.O. Box 13009<br>Reading, PA 19612 | Unsecured | | $ 2,349.67 | $0.00 | $2,349.67 |
| 3 | Sprint Corp<br>Attention Bankruptcy<br>PO Box 7949<br>Overland Park, KS 66207-0949 | Unsecured | | $ 1,905.41 | $0.00 | $1,905.41 |
| 4 | Met Ed<br>101 Crawford's Corner Rd<br>Bldg #1 Suite 1-511<br>Holmdel, NJ 07733 | Unsecured | | $ 799.66 | $0.00 | $799.66 |

**Case: 19-02513 THERESA ELIZABETH OLIVER**

**Claims Bar Date:** 8/6/24 12:00

| Claim # | Claimant Name | Claim Type | Acct# | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | Freedom Mortgage Corporation<br>10500 Kincaid Dr., Fishers, IN 46037<br>Freedom Mortgage Corporation, 10500 Kincaid Dr.<br>Fishers, IN 46037 | Secured | | $ 0.00 | $0.00 | $0.00 |
| 6 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541 | Unsecured | | $ 849.11 | $0.00 | $849.11 |
| 7 | Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $ 499.21 | $0.00 | $499.21 |
| 8 | U.S. Department of Education c/o Nelnett<br>121 South 13th Street<br>Lincoln, NE 68508 | Unsecured | | $ 0.00 | $0.00 | $0.00 |
| 9 | American First Finance, LLC<br>c/o Becket and Lee LLP<br>PO Box 3002<br>Malvern, PA 19355-0702 | Unsecured | | $ 902.60 | $0.00 | $902.60 |

# Exhibit C

## Claims Register

**Case: 19-02513 THERESA ELIZABETH OLIVER**

**Claims Bar Date:** 8/6/24 12:00

| Claim # | Claimant Name | Claim Type | Acct# | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | | **Case Total:** | $0.00 | $57,778.24 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 19-02513  
Case Name: THERESA ELIZABETH OLIVER  
Trustee Name: Lawrence V. Young

**Balance on hand:** $ 5,477.76

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5 | Freedom Mortgage Corporation | 107,092.13 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00  
Remaining balance: $ 5,477.76

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Lawrence V. Young | 1,300.00 | 0.00 | 1,300.00 |

Total to be paid for chapter 7 administrative expenses: $ 1,300.00  
Remaining balance: $ 4,177.76

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00  
Remaining balance: $ 4,177.76

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

**UST Form 101-7-TFR(5/1/2011)**

|  | Total to be paid for priority claims: | $ | 0.00 |
|  | Remaining balance: | $ | 4,177.76 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $56,478.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | US Department of Education c/o Nelnet | 49,172.58 | 0.00 | 3,637.35 |
| 2-2 | UGI Utilities, Inc. | 2,349.67 | 0.00 | 173.81 |
| 3 | Sprint Corp | 1,905.41 | 0.00 | 140.95 |
| 4 | Met Ed | 799.66 | 0.00 | 59.15 |
| 6 | Portfolio Recovery Associates, LLC | 849.11 | 0.00 | 62.81 |
| 7 | Resurgent Receivables, LLC | 499.21 | 0.00 | 36.93 |
| 8 | U.S. Department of Education c/o Nelnett | 0.00 | 0.00 | 0.00 |
| 9 | American First Finance, LLC | 902.60 | 0.00 | 66.76 |

|  | Total to be paid for timely general unsecured claims: | $ | 4,177.76 |
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
|  | None |  |  |  |

|  | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR(5/1/2011)**