UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
Harrisburg DIVISION

In re: THERESA ELIZABETH OLIVER § Case No. 19-02513
§
§
§
Debtor(s)

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Lawrence V. Young, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $154,421.00 | Assets Exempt: | $45,856.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $4,177.76 | Claims Discharged Without Payment: | $106,850.11 |
| Total Expenses of Administration: | $1,322.24 | | |

3) Total gross receipts of $5,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $5,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $119,100.00 | $107,092.13 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,322.24 | $1,322.24 | $1,322.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $54,549.63 | $56,478.24 | $56,478.24 | $4,177.76 |
| **TOTAL DISBURSEMENTS** | $173,649.63 | $164,892.61 | $57,800.48 | $5,500.00 |

4) This case was originally filed under chapter 7 on 06/10/2019, and it was converted to chapter 7 on 11/02/2023. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/17/2025    By: /s/ Lawrence V. Young
                          Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Refund of Fees From Gary Imblum per Stipulation Doc 135 | 1290-000 | $5,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Freedom Mortgage Corporation | 4110-000 | NA | $107,092.13 | $0.00 | $0.00 |
| N/F | Cenlar | 4110-000 | $106,300.00 | NA | NA | NA |
| N/F | Lebanon Federal Credit Union | 4110-000 | $12,800.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$119,100.00** | **$107,092.13** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Lawrence V. Young | 2100-000 | NA | $1,300.00 | $1,300.00 | $1,300.00 |
| Bank Service Fees - TriState Capital Bank | 2600-000 | NA | $22.24 | $22.24 | $22.24 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$1,322.24** | **$1,322.24** | **$1,322.24** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | US Department of Education c/o Nelnet | 7100-000 | NA | $49,172.58 | $49,172.58 | $3,637.35 |
| 2-2 | UGI Utilities, Inc. | 7100-000 | NA | $2,349.67 | $2,349.67 | $173.81 |
| 3 | Sprint Corp | 7100-000 | NA | $1,905.41 | $1,905.41 | $140.95 |
| 4 | Met Ed | 7100-000 | NA | $799.66 | $799.66 | $59.15 |
| 6 | Portfolio Recovery Associates, LLC | 7100-000 | NA | $849.11 | $849.11 | $62.81 |
| 7 | Resurgent Receivables, LLC | 7100-000 | NA | $499.21 | $499.21 | $36.93 |
| 8-2 | U.S. Department of Education c/o Nelnett | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 9 | American First Finance, LLC | 7100-000 | NA | $902.60 | $902.60 | $66.76 |
| N/F | Dept Of Ed/582/Nelnet | 7100-000 | $48,920.00 | NA | NA | NA |
| N/F | Met Ed | 7100-000 | $951.16 | NA | NA | NA |
| N/F | National Recovery Agency | 7100-000 | $400.00 | NA | NA | NA |
| N/F | Progressive | 7100-000 | $371.00 | NA | NA | NA |
| N/F | Southern New Ha | 7100-000 | $222.00 | NA | NA | NA |
| N/F | Synchonry Bank | 7100-000 | $887.00 | NA | NA | NA |
| N/F | UGI | 7100-000 | $1,598.47 | NA | NA | NA |
| N/F | University of Phoenix | 7100-000 | $1,200.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$54,549.63** | **$56,478.24** | **$56,478.24** | **$4,177.76** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 19-02513
Case Name: THERESA ELIZABETH OLIVER
For Period Ending: 01/17/2025

Trustee Name: (580410) Lawrence V. Young
Date Filed (f) or Converted (c): 11/02/2023 (c)
§ 341(a) Meeting Date: 11/29/2023
Claims Bar Date: 08/06/2024

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 136 West Washington Avenue, Myerstown, PA 17067-0000, Lebanon County | 95,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2015 Ford Escape, 59,000 miles | 13,590.00 | 690.00 | | 0.00 | FA |
| 3 | 1999 Ford Mustang GT, 150,000 miles | 2,831.00 | 0.00 | | 0.00 | FA |
| 4 | Furniture, appliances, push mower and tools (Co-owned with Terry J. Oliver, spouse) | 22,300.00 | 50.00 | | 0.00 | FA |
| 5 | Electronics (Co-owned with Terry J. Oliver, spouse) | 5,000.00 | 0.00 | | 0.00 | FA |
| 6 | Flute, (2) guitars, keyboard and drum | 500.00 | 0.00 | | 0.00 | FA |
| 7 | RC cars and accessories (Co-owned with Terry J. Oliver, spouse) | 10,000.00 | 0.00 | | 0.00 | FA |
| 8 | 22 and (2) bows (Co-owned with Terry J. Oliver, spouse) | 600.00 | 0.00 | | 0.00 | FA |
| 9 | Women's clothing | 200.00 | 0.00 | | 0.00 | FA |
| 10 | Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 11 | 2 dogs (Co-owned with Terry J. Oliver, spouse) | 500.00 | 0.00 | | 0.00 | FA |
| 12 | checking: Northwest Savings Bank (Co-owned with Terry J. Oliver, spouse) | 3,000.00 | 0.00 | | 0.00 | FA |
| 13 | savings: Lebanon Federal Credit Union (Co-owned with Michael Long, father) | 25.00 | 25.00 | | 0.00 | FA |
| 14 | Prepayment of rent and security deposit: Walter Herman (Co-owned with Terry J. Oliver, spouse) | 675.00 | 0.00 | | 0.00 | FA |
| 15 | Refund of Fees From Gary Imblum per Stipulation Doc 135 (u) | Unknown | 5,500.00 | | 5,500.00 | FA |
| **15** | **Assets Totals (Excluding unknown values)** | **$154,421.00** | **$6,265.00** | | **$5,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Gary Imblum has been ordered to pay back fees totaling $5,500.00 in two equal payments of $2,745.00 each. The first payment was received 5/3/24. The second payment was received 6/4/24.

**Initial Projected Date Of Final Report (TFR):** 08/15/2024      **Current Projected Date Of Final Report (TFR):** 08/14/2024 (Actual)

01/17/2025
Date

/s/Lawrence V. Young
Lawrence V. Young

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| | |  | | |
|---|---|---|---|---|
| Case No.: | 19-02513 | Trustee Name: | Lawrence V. Young (580410) | |
| Case Name: | THERESA ELIZABETH OLIVER | Bank Name: | TriState Capital Bank | |
| Taxpayer ID #: | **-***1201 | Account #: | ******5486 Checking | |
| For Period Ending: | 01/17/2025 | Blanket Bond (per case limit): | $5,000,000.00 | |
| | | Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/03/24 | {15} | Imblum Law offices | Settlement over legal fees | 1290-000 | 2,750.00 | | 2,750.00 |
| 05/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,745.00 |
| 06/04/24 | {15} | Gary Imblum | Refund of Attorney Fees | 1290-000 | 2,750.00 | | 5,495.00 |
| 06/28/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 7.60 | 5,487.40 |
| 07/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 9.64 | 5,477.76 |
| 11/19/24 | 101 | Lawrence V. Young | Combined trustee compensation & expense dividend payments. | 2100-000 | | 1,300.00 | 4,177.76 |
| 11/19/24 | 102 | US Department of Education c/o Nelnet | Distribution payment - Dividend paid at 7.40% of $49,172.58; Claim # 1; Filed: $49,172.58 | 7100-000 | | 3,637.35 | 540.41 |
| 11/19/24 | 103 | UGI Utilities, Inc. | Distribution payment - Dividend paid at 7.40% of $2,349.67; Claim # 2-2; Filed: $2,349.67 | 7100-000 | | 173.81 | 366.60 |
| 11/19/24 | 104 | Sprint Corp | Distribution payment - Dividend paid at 7.40% of $1,905.41; Claim # 3; Filed: $1,905.41 | 7100-000 | | 140.95 | 225.65 |
| 11/19/24 | 105 | Met Ed | Distribution payment - Dividend paid at 7.40% of $799.66; Claim # 4; Filed: $799.66 | 7100-000 | | 59.15 | 166.50 |
| 11/19/24 | 106 | Portfolio Recovery Associates, LLC | Distribution payment - Dividend paid at 7.40% of $849.11; Claim # 6; Filed: $849.11 | 7100-000 | | 62.81 | 103.69 |
| 11/19/24 | 107 | Resurgent Receivables, LLC | Distribution payment - Dividend paid at 7.40% of $499.21; Claim # 7; Filed: $499.21 | 7100-000 | | 36.93 | 66.76 |
| 11/19/24 | 108 | American First Finance, LLC | Distribution payment - Dividend paid at 7.40% of $902.60; Claim # 9; Filed: $902.60 | 7100-000 | | 66.76 | 0.00 |
| | | **COLUMN TOTALS** | | | 5,500.00 | 5,500.00 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 5,500.00 | 5,500.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $5,500.00 | $5,500.00 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10/1/2010)    ! - transaction has not been cleared

Exhibit 9
Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 19-02513 | | **Trustee Name:** | Lawrence V. Young (580410) |
| **Case Name:** | THERESA ELIZABETH OLIVER | | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***1201 | | **Account #:** | ******5486 Checking |
| **For Period Ending:** | 01/17/2025 | | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******5486 Checking | $5,500.00 | $5,500.00 | $0.00 |
| | **$5,500.00** | **$5,500.00** | **$0.00** |

| | |
|---|---|
| 01/17/2025 | /s/Lawrence V. Young |
| Date | Lawrence V. Young |